UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                  Case No. 17-cr-20657
                                                Hon. Matthew F. Leitman

v.

D-3 CAWON LYLES,

    Defendant.

_____/

## ORDER TERMINATING AS MOOT DEFENDANT LYLES MOTION FOR DISCOVERY (ECF #45)

On February 27, 2018, Defendant Cawon Lyles filed a motion for additional discovery and disclosure of materials under Federal Rule of Criminal Procedure 16. (*See* ECF #45.) The Court held a hearing on the motion on April 16, 2018.

At the hearing, Defendant Lyles' counsel stated that he would like to review recently-produced documents from the Government and then determine whether he believes any additional discovery is necessary.

Accordingly, **IT IS HEREBY ORDERED** that Defendant Lyles' motion for additional discovery and disclosure of Rule 16 materials is **TERMINATED AS MOOT**. Defendant Lyles may file a new motion seeking discovery following his review of recently-produced discovery material.

                                                   /s/Matthew F. Leitman
                                                 MATTHEW F. LEITMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated: April 16, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 16, 2018, by electronic means and/or ordinary mail.

                                           s/Holly A. Monda
                                           Case Manager
                                           (810) 341-9764