UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 17-cr-20657
Hon. Matthew F. Leitman

v.

D3, CAWON LYLES,

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE WITHOUT PREJUDICE (ECF No. 119.)

On August 28, 2020, Defendant Cawon Lyles filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  (*See* Mot., ECF No. 119.) On September 14, 2020, the Court directed Lyles to supplement his motion by providing additional briefing concerning whether he satisfied the exhaustion requirement under 18 U.S.C. § 3582(c)(1)(A) and concerning why he qualified for compassionate release.  Lyles has not responded to the Court's order.  For this reason, his motion for compassionate release is **DENIED** without prejudice.

    **IT IS SO ORDERED**.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated:  December 18, 2020

1

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 18, 2020, by electronic means and/or ordinary mail.

                                         s/Holly A. Monda
                                         Case Manager
                                         (810) 341-9764