UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,
v.

CAWON LYLES,

    Defendant.
_____/

Case No. 17-cr-20657-3
Hon. Matthew F. Leitman

## ORDER (1) DENYING DEFENDANT'S MOTION FOR RECONSIDERATION (ECF No. 128) BUT (2) ALLOWING DEFENDANT TO FILE A RENEWED MOTION FOR COMPASSIONATE RELEASE

On August 28, 2020, Defendant Cawon Lyles filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (*See* Mot., ECF No. 119.) On September 14, 2020, the Court directed Lyles to supplement his motion by providing additional information concerning whether he satisfied the exhaustion requirement under 18 U.S.C. § 3582(c)(1)(A) and concerning why he qualified for compassionate release. Lyles did not respond to the Court's order. Accordingly, on December 18, 2020, the Court denied his motion without prejudice. (*See* Order, ECF No. 126.)

Lyles has now filed a motion for reconsideration of the Court's denial of his motion for compassionate release. (*See* Mot., ECF No. 128.) In the motion, Lyles says that he has satisfied the exhaustion requirement. (*See id.*)

1

Because the Court denied Lyles' motion without prejudice, it is not persuaded that it committed an error when it denied that motion. The Court therefore **DENIES** Lyles' motion for reconsideration. However, Lyles is free, at any time, to file a renewed motion for compassionate release. In such a motion, Lyles shall include (1) all of the information related to the exhaustion of his request for compassionate release and (2) all other information that he believes entitles him to compassionate release.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 12, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 12, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764