UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 17-cr-20657
    Hon. Matthew F. Leitman

D3, CAWON LYLES,

    Defendant.

_____/

## ORDER CONSTRUING DEFENDANT'S LETTER (ECF No. 132) AS MOTION FOR COMPASSIONATE RELEASE

On April 8, 2021, Defendant Cawon Lyles filed a letter with the Court in which he asked for compassionate release from custody. (*See* Ltr., ECF No. 132.) Lyles also provided evidence that appears to indicate that he has exhausted at least some bases on which he seeks compassionate release. (*See id.*, PageID.781-833.)

The Court construes Lyles' letter as a motion for compassionate release and, in a separate order that the Court will issue, it will appoint the Federal Community Defender of the Eastern District of Michigan to represent Lyles with respect to his motion. Once counsel is appointed, the Court will hold a status conference to discuss next steps in this action.

**IT IS SO ORDERED**.

                                                  s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN

Dated: April 12, 2021            UNITED STATES DISTRICT JUDGE

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 12, 2021, by electronic means and/or ordinary mail.

                                                  s/Holly A. Monda
                                                  Case Manager
                                                  (810) 341-9764