UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                       Case No. 17-cr-20657-3
                                                                Hon. Matthew F. Leitman
v.

CAWON LYLES,

    Defendant.
_____/

## ORDER DIRECTING FEDERAL COMMUNITY DEFENDER'S OFFICE (FCDO) TO ASSIGN SUBSTITUTE COUNSEL FOR DEFENDANT

At the direction of the Court, the FCDO previously assigned attorney Glenn Simmington to represent Defendant Cawon Lyles in connection with Mr. Lyles' request for compassionate release. Due to Mr. Simmington's trial commitments, he is not currently able to turn his attention to Mr. Lyles' case. Because there is an element of time-sensitivity to Mr. Lyles' request for compassionate release, the Court concludes that the best course of action is to arrange for the appointment of substitute counsel for Mr. Lyles. Accordingly, the Court terminates Mr. Simmington's appearance as counsel for Mr. Lyles and directs FCDO to assign new counsel for Mr. Lyles.

    **IT IS SO ORDERED**.

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: July 14, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 14, 2021, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764